Simon **MARTINEZ**, Plaintiff–Appellant,

v.

Jo Anne B. **BARNHART**, Commissioner of Social Security, Defendant–Appellee.

No. 04–50359.

Summary Calendar.

United States Court of Appeals, Fifth Circuit.

Decided Dec. 23, 2004.

Mary Ellen Felps, Austin, TX, for Plaintiff–Appellant.

Earnie Artsauna Joe, Social Security Administration Office of General Counsel, Dallas, TX, for Defendant–Appellee.

Before REAVLEY, WIENER, BENAVIDES, Circuit Judges.

PER CURIAM: *

The ALJ's decisions was supported by substantial evidence, and the ALJ used the proper legal standards to evaluate the evidence. *See Brown v. Apfel,* 192 F.3d 492, 496 (5th Cir.1999). The objective medical evidence supports the ALJ's determination that Martinez is capable of performing light work. Further, Martinez's condition does not wax and wane to the extent that a separate capable-of-maintaining-employment finding was necessary in this case.

---

* Pursuant to 5TH CIR. R. 47.5, the Court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

*See Frank v. Barnhart,* 326 F.3d 618 (5th Cir.2003). AFFIRMED.